IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HERNAN BONILLA CABRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-00322 (AJT/IDD) |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is Hernan Bonilla Cabrera's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"), filed on February 3, 2026. [Doc. No. 1]. By order issued the following day, the Court ordered the Government to respond to the Petition within five days, [Doc. No. 2], and Respondents timely submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford,* No. 1:25-CV-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4].

Petitioner is a native and citizen of Honduras, who entered the United States without inspection in or around 2003. [Doc. No. 1] ¶ 6. Petitioner has no criminal record. *Id*. ¶ 3. On or about July 19, 2025, Petitioner was arrested by immigration officials and eventually taken to the Farmville Detention Facility, where he remains. *Id*. ¶¶ 2, 5. He further alleges that he was previously granted an immigration bond on August 11, 2025, but that the bond order was vacated on repeal by the Respondents. *Id*. ¶ 3.

In light of the foregoing, and it appearing to the Court that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez*

or the other opinions of this Court cited therein, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is **GRANTED**, and it is hereby

ORDERED that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

ORDERED that if Petitioner is granted bond by an Immigration Judge, Respondents are **ENJOINED** from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

ORDERED that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
February 10, 2026

/s/

Anthony J. Trenga
Senior United States District Judge

2